UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ FLORES,<br>Petitioner,<br>v.<br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondent. | Case No. 5:26-cv-02194 AB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, First Amended Petition, [Dkt. No. 16], Second Motion for Appointment of Counsel, [Dkt. No. 18], and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge dated September 30, 2026, [Dkt. No. 22]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt.

No. 22], is accepted;

2. The First Amended Petition, [Dkt. No. 16], is denied;

3. The Second Motion for Appointment of Counsel, [Dkt. No. 18], is denied; and

4. Judgment shall be entered accordingly.

DATED: November 2, 2026



THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge