JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL LOPEZ FLORES,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,

Respondent.

Case No. 5:26-cv-02194 (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied.

DATED: November 2, 2026

THE HONORABLE ANDRÉ BIROTTE JR
United States District Judge